The People of the State of New York, Respondent, v. Lazar Bresler, Appellant. (No. 2.)—Judgment reversed and defendant discharged. No opinion. Order to be settled on notice. Present—Ingraham, P. J. Clarke, Scott, Dowling and Hotchkiss, JJ.

Jacob W. Bermant, Doing Business under the Firm Name of Skinner & Bermant, Respondent, v. Mary S. Keveney, Appellant.—Determination affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Dowling, J., dissented.

Patrick Friel, Respondent, v. Aztec Asphalt Company, Inc., Appellant. —Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000; in which event the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ragland Momand, Appellant, v. Progressive Age Publishing Company, Respondent.—Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Joseph W. Balet, Appellant, for a Writ of Mandamus against Frederick J. H. Kracke, Individually and as Commissioner of the Department of Bridges of the City of New York, and Others, Respondents. —Order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Charles Grote, Appellant.—Judgment and orders affirmed. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Augusta Landes, Respondent, v. Leonard Landes, Appellant.—Order reversed and motion denied, without costs, on the authority of *Powers* v. *Powers* (33 App. Div. 126); *Grube* v. *Grube* (65 id. 239); *Randolph* v. *Field* (165 id. 279). Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Scott, J., dissented upon the ground that, the defendant having failed to live up·to his agreement, the plaintiff was then entitled to maintain an action for a separation and to apply for alimony.

Childs Company, Appellant, v. Patrick H. McNulty and Another, Respondents.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott and Dowling, JJ.

George J. Gould, Respondent, v. Howard Gould, Respondent, Impleaded with Kathrine C. Gould, Appellant.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling· and Hotchkiss, JJ.